# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

---

m 99-11328
Summary Calendar

---

DONNA J. STEVENS-SMITH,

Plaintiff-Appellant,

VERSUS

GEICO INSURANCE COMPANY,

Defendant-Appellee.

---

Appeal from the United States District Court
for the Northern District of Texas
(3:99-CV-1020)

---

April 5, 2000

Before SMITH, BARKSDALE, and
PARKER, Circuit Judges.

PER CURIAM:[*]

Donna Stevens-Smith sued her former employer for sexual harassment and retaliation under title VII. In a comprehensive memorandum opinion and order entered on November 3, 1999, the district court carefully explained that Stevens-Smith has produced no summary judgment evidence of harassment or retaliation.

It is evident that Stevens-Smith was fired because, as she admits, she refused to follow her supervisor's specific instruction to change her method of processing her work. As the district court found, most of the statements of which she complains were made beyond the limitations period, but even assuming *arguendo* that this action is not time-barred, none of the alleged actions or statements can fairly be deemed sexual harassment or retaliation.

Stevens-Smith bases her claim on little more than self-serving speculation designed to obscure poor job performance. Essentially for the reasons persuasively set forth by the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court, the judgment is AFFIRMED.